# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2883

**Caption [use short title]**

**Motion for:** To be relieved pursuant to Anders v. California, 386 U.S. 738 (1967)

Set forth below precise, complete statement of relief sought:

Motion to be relieved as counsel pursuant to Anders v. California, 386 U.S. 738 (1967)

**United States v. Best (Acosta-Banda)**

**MOVING PARTY:** Appellant     **OPPOSING PARTY:** USA

[ ] Plaintiff     [ ] Defendant
[✓] Appellant/Petitioner     [ ] Appellee/Respondent

**MOVING ATTORNEY:** Robin Smith     **OPPOSING ATTORNEY:** Lauren Clark

[name of attorney, with firm, address, phone number and e-mail]

Law Office of Robin Smith     US Attorneys Office District of Connecticut
802 B. Street San Rafael, CA 94941     1000 Lafayette Blvd, 10th fl, Bridgeport CT 06604
415-726-8000, rcs@robinsmithesq.com     203-696-3019; lauren.clark@usdoj.gov

**Court- Judge/ Agency appealed from:** District of Connecticut (New Haven); Victor A. Bolden

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [ ] No  If yes, enter date:

**Signature of Moving Attorney:**
_____  **Date:** 5/17/22  **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------x
UNITED STATES OF AMERICA,

    *Appellee*

  v.

CONSTANTINO ACOSTA-BANDA,

    *Defendant -Appellant*

--------------------------------------------------------x

DECLARATION IN SUPPORT OF COUNSEL'S MOTION TO BE RELIEVED PURSUANT TO *ANDERS v. CALIFORNIA*, 386 U.S. 738 (1967).

21-2883

ROBIN C. SMITH, hereby declares the following under 28 U.S.C. § 1746:

1. By order dated December 1, 2021, I was appointed as counsel for Appellant in the above referenced case pursuant to the Criminal Justice Act.

2. Included herewith is appellant's brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and joint appendix.

3. Because there are no non-frivolous issues for this court's review, I am moving to be relieved as appellant's counsel. *See Anders* Brief.

4. I have furnished appellant with a copy of the *Anders* brief and letter in Spanish on April 29, 2022, explaining to Appellant that filing the *Anders* brief will likely result in the dismissal of his appeal and affirmance of the conviction.

5. I have also advised Appellant in the letter that he may request the assistance of other counsel or submit a pro se brief directly to the court.

WHEREFORE, it is respectfully requested that the undersigned be relieved as counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 17, 2022
San Rafael, California

_____
ROBIN C. SMITH, ESQ.
*Attorney for Appellant*
Law Office of Robin C. Smith, Esq.
802 B Street
San Rafael, CA 94941
rcs@robinsmithesq.com
(415) 726-8000