Constantino Banda-Acosta
Register #: 68307-298
FCI Mendota
P.O. Box 9
Mendota, CA 93640

June 20th, 2022

To: Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007

Re: United States vs. Best
Docket #: 21-566

On February 10th of 2020, I was arrested and charged with a crime based on information that was discovered on my cell phone. I was not interrogated or given the opportunity to make any statements. My defense attorney, John Maxwell, went off information that was given to him by the prosecution and never gave me the opportunity to give my version. I wrote a letter to Judge Victor A. Bolden to request that a new attorney be assigned to my case. That request was denied. My attorney made me plead guilty to the crime accused. He told me I had to lie.

I was accused of crimes that have nothing to do with me. I want to take this opportunity to state the events that actually happened and the statements that were given by the other people involved. A confidential informant was trying to buy drugs and communicated with a person in Mexico. David Morales Verdugo brought the drugs to him. The person in Mexico sent two people to do the transaction. Those people are Jesus Mendez and Gustavo Gonzalez-Yañez.

Jaime Javalera-Palma AKA "Pariente" along with Gustavo Gonzalez took out an empty beer box containing drugs from the trunk of David's car. I was involved because a person nicknamed Gordo asked a favor of me to send the address of a Home Depot in San Diego, CA to Pariente and a few other messages because he was not able to. Later, he asked me to pick up money from that same place and I went to do it. I did not know that a drug transaction would be taking place there. That is why I gave the agents permission to search my cellphone. Before my arrest date, I never messaged any one of the other people mentioned above besides Pariente because he is my cousin who I had met six months prior to my arrest. The above mentioned people gave statements about their involvement, which can be found in the indictment. Jesus Mendez declared that he was sent to do the transaction and that he would be paid $1,500 dollars. David Morales declared that Pariente sent him to do the transaction and that he would be paid $700 dollars. I declared that I was sent by Gordo to pick up some money, that's it. I did not have any idea that it was related to drugs. Everything that was said in court was planned by my attorney, John Maxwell, not by me. My statements were never taken into consideration because my attorney made me say other things that were not true

AND THAT I DIDN'T KNOW WHO TO GO TO FOR HELP. I WANT TO STATE NOW THAT I AM NOT DISAGREEING WITH THE WAY THE JUDGE SENTENCED ME. HE DID SO BASED ON THE PROSECUTOR'S AND ATTORNEY'S ACCUSATION, WHICH, AS IT WAS, APPEARS CORRECT. HOWEVER, NOW THAT I HAVE MADE KNOWN WHAT ACTUALLY HAPPENED, THINGS HAVE CHANGED. A LOT OF INFORMATION WAS HIDDEN. FOR EXAMPLE, THE JUDGE DOES NOT KNOW THAT PARIENTE WAS RELEASED THE DAY AFTER HE WAS ARRESTED. MORALEZ-VERDUGO, DAVID WAS RELEASED SIX MONTHS LATER. THERE WERE FIVE OF US ARRESTED, BUT ONLY THREE (MYSELF INCLUDED) WERE INDICTED.

    I HEREBY DECLARE THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. PLEASE REVIEW THE CASE AND TAKE THIS LETTER INTO CONSIDERATION. THANK YOU.



CONSTANTINO BANDA-ACOSTA

P.S.: I HAVE A LOT MORE INFORMATION. PLEASE KINDLY ASSIGN AN ATTORNEY TO SPEAK WITH ME.

CONSTANTINO BANDA-ACOSTA
REGISTER #: 68307-298
FCI MENDOTA
P.O. BOX 9
MENDOTA, CA 93640



SECOND CIRCUIT COURT OF APPEALS
40 FOLEY SQUARE
NEW YORK, NY 10007